No. 927. EVALYN CHARLTON, ADMINISTRATRIX, ETC., *v.* CHESAPEAKE & OHIO RAILWAY COMPANY. April 21, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. J. Winston Read* and *Mr. Maryus Jones* for petitioner. No appearance for respondent.

---

No. 934. ELI G. FRANKENSTEIN *v.* CARL M. JACOBS, TRUSTEE, ETC. April 21, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. W. B. Mente* for petitioner. *Mr. Walter A. DeCamp* and *Mr. Sidney G. Stricker* for respondent.

---

No. 935. CHARLES McKNIGHT *v.* UNITED STATES. April 21, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. B. B. Blakeney* and *Mr. J. H. Maxey* for petitioner. *The Solicitor General* and *Mr. Assistant Attorney General Frierson* for the United States.

---

No. 940. EDNA M. RAWLS *v.* PENN MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA. April 21 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John S. Maxwell* and *Mr. George C. Bedell* for petitioner. *Mr. W. M. Bostwick, Jr.,* and *Mr. Lake Jones* for respondent.

---

No. 954. W. D. RENFRO *v.* CHARLES OLENTINE ET AL. April 21, 1919. Petition for a writ of certiorari to the